IN THE MATTER OF JAMES V. TOSCANO, JR., AN
ATTORNEY-AT-LAW.

Argued November 23, 1953—Decided November 30, 1953.

*Mr. James A. Major* for the order.

*Mr. Walter H. Jones* for the respondent.

PER CURIAM. The name of the respondent will be ordered
stricken from the roll of attorneys at law for the conduct
set forth in the opinion of this Court in *State v. Toscano,*
13 *N. J.* 418.

*For disbarment*—Chief Justice VANDERBILT, and Justices
HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and
BRENNAN—7.

*Opposed*—None.